DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARON ELKAIM,**
Appellant,

v.

**BRIAN BOTTON,**
Appellee.

No. 4D2025-1376

[July 2, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel A. Casey, Judge; L.T. Case No. 062023CA003602AXXXCE.

Oscar Andres Gomez, Carla Llaneza and Alberto David Sabater of EPGD Attorneys at Law, P.A., Miami, for appellant.

Keith Thomas Grumer of Grumer Law, P.A., Weston, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***